# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stellar Records LLC, | No. CV-17-00390-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Mark Mann, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion for default judgment. Doc. 20. Good cause appearing;

**IT IS HEREBY ORDERED** that the motion is granted. Judgment is entered against Defendant Mark Mann, a/k/a Mark Lossman, in the amount of $3,960,000.00. The Clerk of Court is directed to close the case.

Dated this 26th day of April, 2018.

_____
Honorable Raner C. Collins
Chief United States District Judge